# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| NOURISH OUR NEIGHBORS, a nonprofit corporation, | )<br>)<br>) Case No. 3:24-cv-299-TMR-CHG |
| Plaintiff, | ) |
| v. | ) Judge: Thomas M. Rose<br>) |
| CITY OF DAYTON, OHIO, and SHELLEY DICKSTEIN, in her official capacity as the City Manager for the City of Dayton, Ohio, | ) **Plaintiff's Unopposed Motion**<br>) **to Designate Alternate Trial**<br>) **Attorney**<br>)<br>) |
| Defendants. | )<br>) |

Pursuant to the Local Rules 7.1 and 7.2 and this Court's General Order 12-01, Plaintiff moves to designate Anastasia P. Boden, admitted Pro Hac Vice, as trial attorney. Defendants do not oppose this motion. The reasons in support of this Motion are set forth in the accompanying Memorandum in Support, which is filed contemporaneously with this Motion.

DATED: January 13, 2025.

                                                                PACIFIC LEGAL FOUNDATION

                                                                 */s/ Oliver Dunford*
                                                                 OLIVER DUNFORD
                                                                 Trial Attorney
                                                                 Ohio Bar No. 0073933
                                                                 4440 PGA Blvd., Suite 307
                                                                Palm Beach Gardens, FL 33410
                                                                Telephone: (916) 503-9060
                                                                ODunford@pacificlegal.org

ANASTASIA P. BODEN
Cal. Bar No. 281911*
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
ABoden@pacificlegal.org

HALEY DUTCH
Colo. Bar No. 58181*
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
HDutch@pacificlegal.org
* *pro hac vice motions forthcoming*

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| NOURISH OUR NEIGHBORS, a nonprofit corporation, | )<br>)<br>) Case No. 3:24-cv-299-TMR-CHG |
| Plaintiff, | ) |
| v. | ) Judge: Thomas M. Rose<br>) |
| CITY OF DAYTON, OHIO, and SHELLEY DICKSTEIN, in her official capacity as the City Manager for the City of Dayton, Ohio, | ) **Memorandum in Support of**<br>) **Plaintiff's Unopposed Motion**<br>) **to Designate Alternate Trial**<br>) **Attorney**<br>) |
| Defendants. | )<br>) |

In support of Plaintiff's Motion to Designate Alternate Trial Attorney, Plaintiff states as follows: Anastasia Boden has acted as primary counsel, has the closest relationship with the parties to the case and the relevant facts, and has over a decade of experience acting as lead attorney in federal courts across the country. She is familiar with the local rules and has secured the undersigned as local counsel. Local counsel's caseload prevents him from assuming primary responsibility for the case as trial attorney.

Plaintiff further requests that the undersigned remain as local counsel but be excused from the requirement that he physically attend all court meetings.

DATED: January 13, 2025.

        PACIFIC LEGAL FOUNDATION

        */s/ Oliver Dunford*
        OLIVER DUNFORD
        Trial Attorney
        Ohio Bar No. 0073933
        4440 PGA Blvd., Suite 307
        Palm Beach Gardens, FL 33410
        Telephone: (916) 503-9060
        ODunford@pacificlegal.org

        ANASTASIA P. BODEN
        Cal. Bar No. 281911*
        555 Capitol Mall, Suite 1290
        Sacramento, CA 95814
        Telephone: (916) 419-7111
        ABoden@pacificlegal.org

        HALEY DUTCH
        Colo. Bar No. 58181*
        3100 Clarendon Blvd., Suite 1000
        Arlington, VA 22201
        Telephone: (202) 888-6881
        HDutch@pacificlegal.org
        **pro hac vice motions forthcoming*

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certify that on January 13, 2025, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

*/s/ Oliver Dunford*
OLIVER DUNFORD

3